No. 3133. Del Rosario, Appellant, v. Santiago et al., Appellees.—District Court of Humacao. Decided January 15, 1924. The transcript of the record having been filed in this court on August 7, 1923, and the appellant not having filed a brief or asked for an extension, the appellee's motion was sustained and the appeal dismissed.

No. 2145. People, Appellee, v. García, Appellant.— First District Court of San Juan. Decided January 18, 1924. The hearing having been had without the appellant's attendance and the conflict in the evidence having been adjusted by the trial court without error, the judgment was affirmed.

No. 2134. People, Appellee, v. Echevarry, Appellant.— Adulteration of milk. First District Court of San Juan. Decided January 24, 1924. The case having been heard without the attendance of the appellant and the insufficiency of the evidence being the only question presented by the appellant, the judgment was affirmed.

No. 2190. People, Appellee, v. Rodríguez, Appellant.— First District Court of San Juan. Decided January 21, 1924. The appeal was dismissed because the case had been decided previously by this court.

No. 3211. People ex rel. Monclova, Appellee, v. Martínez, Appellant.—First District Court of San Juan. Decided January 21, 1924. The transcript of the record not having been filed in time, the motion for dismissal was sustained.

No. 3218. Matos, Appellant, v. Caraballo, Appellee.— First District Court of San Juan. Decided January 21, 1924. The transcript of the record not having been filed in time, the motion for dismissal was sustained.

No. 3212. Ballester, Appellee, v. Martínez et al., Appellants.—District Court of Aguadilla. Decided January 25, 1924. Reconsideration denied.